173 So. 915

**S. H. TANNER, Ex'r., etc., v. Ruth McANALLY et al.**

**8 Div. 746.**

Supreme Court of Alabama.
Feb. 18, 1937.

E. W. Godbey, of Decatur, for appellant.
Harris & Harris, of Decatur, for appellees.

PER CURIAM.

Appeal dismissed on motion of appellant.

173 So. 915

**C. L. WATSON v. Ida CASTELLOW.**

**4 Div. 912.**

Supreme Court of Alabama.
March 25, 1937.

PER CURIAM.

Appeal dismissed for want of prosecution.

173 So. 915

**Cordelia WILLIAMS v. W. E. WILLIAMS.**

**6 Div. 115.**

Supreme Court of Alabama.
April 29, 1937.

PER CURIAM.

Appeal dismissed by appellant.

174 So. 896

**Lena WILSON, as Guardian, etc., et al. v. PHŒNIX LIFE INSURANCE CO.**

**4 Div. 969.**

Supreme Court of Alabama.
May 25, 1937.

PER CURIAM.

Appeal dismissed by appellants.

174 So. 896

**Ex parte Carrie L. WORTHINGTON et al.**

**6 Div. 132.**

Supreme Court of Alabama.
April 29, 1937.

M. B. Grace, of Birmingham, for petitioners.

PER CURIAM.

Rule nisi denied. Smith v. Smith, 218 Ala. 701, 120 So. 167.